IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HARPER,

      Plaintiff,                    No. CIV S-08-3154 EFB P

      vs.

R.K. WONG, et al.,

      Defendants.               ORDER

                              /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

////

////

1

1 to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2 this order may result in this action being dismissed.
3     So ordered.
4 DATED: January 28, 2009.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE