1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ERIC HARPER,
11             Plaintiff,                    No. CIV S-08-3154 EFB P
12      vs.
13  R. K. WONG, et al.,
14             Defendants.                   <u>ORDER</u>
15  _____/
16       Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action
17  brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule
18  72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must
19  pay the $350 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff has been assessed an initial
20  payment of $11.50.  Thereafter, plaintiff must make monthly payments of 20 percent of the
21  preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency
22  having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk
23  of the Court each time the amount in the account exceeds $10 until the filing fee is paid.
24  ////
25  ////
26  ////

1

1  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*
2  *pauperis* application upon the Director of the California Department of Corrections and
3  Rehabilitation and deliver a copy of this order to the Clerk's financial division.
4  So ordered.
5  Dated: July 17, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE